# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON HUTCHINS, | Case No. CV 09-1979-SVW (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| S. RYAN, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: July 1, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE